**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 08-7092**

—————————

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

DAVID L. HODGE, JR.,

            Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, Senior District Judge. (3:94-cr-00036-H-2)

—————————

Submitted:  September 16, 2008      Decided:  September 24, 2008

—————————

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

David L. Hodge, Jr., Appellant Pro Se.  Anne Margaret Hayes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David L. Hodge, Jr., appeals the district court's order denying his motion for modification of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Hodge</u>, No. 3:94-cr-00036-H-2 (E.D.N.C. June 19, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>